**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois, Western Division | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Gallagher, Patrick M. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Gallagher, Elaine M. |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>None |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 7195 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 1803 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>4518 E. Wonder Lake Drive<br>Wonder Lake, IL 60097 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>4518 E. Wonder Lake Drive<br>Wonder Lake, IL 60097 |
| County of Residence or of the<br>Principal Place of Business: Mchenry | County of Residence or of the<br>Principal Place of Business: Mchenry |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [✓] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [✓] Chapter 13

**Nature of Debts** (Check one box)
- [✓] Consumer/Non-Business
- [ ] Business

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 31415

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Patrick M Gallagher & Elaine M Gallagher |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: Rockford, IL | Case Number: 03 B 74000 | Date Filed: 07/29/2003 |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Patrick M Gallagher
   Signature of Debtor

X  /s/ Elaine M Gallagher
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X  /s/ Richard T. Jones
   Signature of Attorney for Debtor(s)

RICHARD T. JONES 6184629
Printed Name of Attorney for Debtor(s)

_____
Firm Name

138 Cass Street
Address

Post Office Box 1693    Woodstock, Illinois 60098

(815) 334-8220
Telephone Number

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  /s/ Richard T. Jones
   Signature of Attorney for Debtor(s)    Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

All Pro Financial 8 (Spiegel
c/o Boudreau & Assoc.
5 Industrial Way
Salem, NH 03079

Centegra Primary Care
1707 Dhed Road, Ste 6
Woodstock, IL 60098

Center for Correct Eye Surgery
1400 W. 20th Street
McHenry, IL 60050

Chicago Tribune
Post Office Box 6315
Chicago, Illinois 60680

Citifinancial
2038 N. Richmond Rd.
McHenry, IL 60050

Citifinancial Mortgage
Post Office Box 9023
Des Moines, Iowa 50368-9023

ComCast
2508 West Route 120
McHenry, Illinois 60050

Daniel Sozinovich, MD
13707 N. Jackson Street
Woodstock, IL 60098

Gentiva Carecentrix
c/o OSI Collection Services
Post Office Bxo 3900
Lakeland, FL 33802

Gentiva Carecentrix, Inc.
Post Office Box 538059
Atlanta, GA 30353-8059

Household Automotive Fin.
c/o Sherman Acquisition
726 Exchange Street, #700
Buffalo, NY 14210

Household Automotive Finance
Post Office Box 17904
San Diego, CA 92177

Irfan Hafiz, MD
500 E. Ogden Ave., #V
Hinsdale, IL 60521

James Skopec, MD
1110 N. Green Street
McHenry, IL 60050

Lake/McHenry Pathology Assoc.
520 East 22nd Street
Lombard, Illinois 60148

Marengo Disposal
1050 Green Lee Street
Marengo, Illinois 60152

Marengo Disposal
c/o Frank M. Bonifacic, Attorney
Box 673043
Milwaukee, WI 53267-3043

McHenry Radiologist
Post Office Box 71073
Chicago, Illinois 60694

McHenry Radiology & Imaging
Post Office Box 220
McHenry, Illinois 60050

MCI
Bankruptcy Department
3470 Rider Trails
Earth City, MO 63045

MCI
c/o NCO Financial
Post Office Box 41417, Dept. 99
Philadelphia, PA 19101

Merchants Credit Guide
223 W. Jackson Blvd.
Chicago, IL 60606

Metor Infectious Dis. Consultants
600 E. Ogden, #C
Hinsdale, IL 60521-2480

MKM Acquisitions
245 8th Ave., PMB 272
New York, NY 10011

Moraine Emergency Physicians
Post Office Box 8759
Philadelphia, PA 19101-8759

Northern IL Medical Center
c/o OSI Collection Services, Inc
1375 E. Woodfied Rd., #110
Schaumburg, IL 60173-5447

Northern IL Medical Center
Post Office Box 1447
Woodstock, Illinois 60098

Northwest Physical Therapy
4680 Saganaw Street
Lake in the Hills, IL 60156

Onyx Waste
c/o D & B RMS
55 Shuman Rd., Box 482
Richfield, OH 44286

Orchard Bank
Post Office Box 17051
Balitmore, MD 21297-1051

Pellettieri & Assoc.
991 Oak Creek Drive
Lombard, IL 60148

Relter Chiropractic
5415 W. Bull Valley Road
McHenry, IL 60050

Sears National Bank
Post Office Box 182149
Coloumbus, Ohio 43218-2149

State Farm Insurance
1225 North Plum Grove Rd.
Schaumburg, IL 60173-4585

State Farm Insurance Co.
c/o The Wilbon Law Firm
4220 W. 95th Street #S
Oak Lawn, IL 60453

Thomas Nuelle
121 E. Calhoun Street
Woodstock, IL 60098

Tiger Financial Services
309 W. Washington Street
Chicago, IL 60606

Van Weelden Disposal, Inc.
Post Office Box 1215
Crystal Lake, IL 60039

Waste Management North
22333 W. Highway 173
Antioch, IL 60002

Waste Management North
c/o D & B RMS
4836 Brecksville Rd.
Richfield, OH 44286

Wells Fargo Home Mortgage
Bankruptcy Department
3476 State View Blvd.
Fort Mill, South Carolina 29715

Wilmot Medical Assoc.
3920 Wilmot Rd.
McHenry, IL 60050-2120

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois, Western Division**

In re  Patrick M Gallagher & Elaine M Gallagher        ,
                     Debtor

Case No.  _____

Chapter     13    _____

**VERIFICATION OF LIST OF CREDITORS**

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 2 pages, is true, correct and complete to the best of my knowledge.

Date  _____    Signature of Debtor    /s/ Patrick M Gallagher
                                                                PATRICK M GALLAGHER

Date  _____    Signature of Joint Debtor    /s/ Elaine M Gallagher
                                                                      ELAINE M GALLAGHER

Richard T. Jones
138 Cass Street
Post Office Box 1693
Woodstock, Illinois 60098
(815) 334-8220
(815) 334-8229

B203
12/94

# United States Bankruptcy Court
## Northern District of Illinois, Western Division

In re  Patrick M Gallagher & Elaine M Gallagher

Case No. _____

Chapter _____13_____

Debtor(s)

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................……………………....  $ ___2,700.00___
   Prior to the filing of this statement I have received .......……………….................  $ _____500.00___
   Balance Due ...........................……………………………….……....................  $ ___2,200.00___

2. The source of compensation paid to me was:

   ☑ Debtor         ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor         ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

_____           /s/ Richard T. Jones
_____
Date                                                                Signature of Attorney

_____
Name of law firm

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 31415