# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: PATRICK M. GALLAGHER & ELAINE M. GALLAGHER  Case Number: 05-76869
4518 E. WONDER LAKE DRIVE  SSN-xxx-xx-7195 & xxx-xx-1803
WONDER LAKE, IL  60097

Case filed on: 10/14/2005
Plan Confirmed on: 4/7/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $4,488.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY RICHARD T JONES | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 010 | OSI COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | SHERMAN ACQUISITION | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | FRANK M. BONIFACIC, ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | OSI COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | D & B RMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | WELLS FARGO HOME MORTGAGE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | PATRICK M. GALLAGHER | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | PATRICK M. GALLAGHER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIFINANCIAL MORTGAGE COMPANY | 286.23 | 82.46 | 82.46 | 0.00 |
| 002 | WELLS FARGO BANK NA | 1,001.53 | 288.54 | 288.54 | 0.00 |
| 044 | WELLS FARGO BANK NA | 150.00 | 31.37 | 31.37 | 0.00 |
|  | Total Secured | 1,437.76 | 402.37 | 402.37 | 0.00 |
| 003 | BOUDREAU & ASSOCIATES LLC | 391.01 | 391.01 | 55.61 | 0.00 |
| 004 | CENTEGRA PRIMARY CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CENTER FOR CORRECT EYE SURGERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CHICAGO TRIBUNE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CITIFINANCIAL SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | DANIEL SOZINOVICH, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | GENTIVA CARECENTRIX, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | LVNV FUNDING LLC | 9,672.03 | 9,672.03 | 1,375.51 | 0.00 |
| 014 | IRFAN HAFIZ, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | JAMES SKOPEC, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | LAKE/MCHENRY PATHOLOGY ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MARENGO DISPOSAL | 65.25 | 65.25 | 9.28 | 0.00 |
| 019 | MCHENRY RADIOLOGIST | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MCHENRY RADIOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MERCHANTS CREDIT GUIDE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | METOR INFECTIOUS DIS. CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MKM ACQUISITIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | NIMC | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | NORTHWEST PHYSICIAL THERAPY | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | D&B RMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | ECAST SETTLEMENT CORPORATION | 1,264.58 | 1,264.58 | 179.84 | 0.00 |
| 032 | PELLETTIERI & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | RELTER CHIROPRACTIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | ECAST SETTLEMENT CORPORATION | 78.94 | 78.94 | 11.23 | 0.00 |
| 035 | STATE FARM INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | THE WILBER LAW FIRM | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | THOMAS NUELLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | TIGER FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | VAN WEELDEN DISPOSAL, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | WASTE MANAGEMENT NORTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | WILMONT MEDICAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | MARENGO DISPOSAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 11,471.81 | 11,471.81 | 1,631.47 | 0.00 |
|  | Grand Total: | 15,109.57 | 14,074.18 | 4,233.84 | 0.00 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $4,233.84 |
| Trustee Allowance: | $254.16 |
| Percent Paid Unsecured: | 14.22 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                                             /s/ Lydia S. Meyer
                                                            Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007         By  /s/Heather M. Fagan